# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA A. JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | CA 10-303-KD-C |
| KINDERED NURSING CENTERS EAST, L.L.C. 1 d/b/a SPECIALTY HEALTHCARE AND REHABILITATION CENTER OF MOBILE, | : : : | |
| Defendant. | : | |

## ORDER

On March 14, 2011, the undersigned issued an order (Doc. 24) requiring Plaintiff to file, by March 25, 2011, a response to Defendant's request that Plaintiff and/or her counsel be ordered to pay Defendant for its costs associated with Plaintiff's failure to comply with her discovery obligations (Doc. 23). (*See also* Docs. 20, 21.) On March 25, 2011, the parties filed a Joint Statement Regarding Settlement (Doc. 26), in which Defendant withdraws its request. (*See id.*, ¶ 2.) Accordingly, the Court **DEEMS MOOT** its March 14, 2011 Order.

**DONE and ORDERED** this the 28th day of March, 2011.

s/ WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**