# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PATRICIA A. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 1:10-00303-KD-C |
| ) | |
| KINDRED NURSING CENTERS ) | |
| EAST, L.L.C.1, d/b/a SPECIALTY ) | |
| HEALTHCARE AND REHABILITATION ) | |
| CENTER OF MOBILE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the parties' "Joint Stipulation for Dismissal with Prejudice" (Doc. 28). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to voluntary dismissal of this lawsuit and all claims contained therein, with both parties to bear their own costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(B), the parties have stipulated that this action be dismissed with prejudice. The stipulation is signed by counsel for both parties.[1]

Accordingly, it is hereby **ORDERED** that this action is **DISMISSED with prejudice**. Both parties shall bear their own costs.

No other order shall be forthcoming from the Court except upon application by either party for final judgment as prescribed by Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the **11th** day of **April 2011.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiff's counsel is signed with consent.